# Court of Appeals
# of the State of Georgia

ATLANTA, July 14, 2023

*The Court of Appeals hereby passes the following order:*

## A23E0058. AETIUS FRANCHISING, LLC v. REGENCY CENTERS, LP

Upon consideration of Appellant's Rule 40 (b) emergency motion, the same is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/14/2023

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen , *Clerk.*